**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC DILLON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I -X; and ROE CORPORATIONS I -X,<br><br>Defendant. | **CASE NO.: 2:19-cv-00391-JCM-CWH**<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Marc Dillon may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Partially Dismiss Plaintiff's Complaint.

1.      Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due April 12, 2019.  See Fed. R. Civ. P. 12(a)(4)(A).

2. On April 4, 2019, Marta D. Kurshumova, counsel for Plaintiff, conferred with Amy L. Thompson, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by seven (7) days, which would make the new deadline Friday, April 19, 2019.

3. Good cause exists for this extension as Ms. Kurshumova will be out of the office for one (1) week for medical reasons.

4. The extension will not result in undue delay in the administration of this cause.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: April 4, 2019

MANDALAY BAY, LLC


By: */s/ Amy Thompson*
    AMY L. THOMPSON, ESQ. (# 11907)
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-1284
Email: abaker@mgmresorts.com

*Attorney for Defendant*
*Mandalay Bay, LLC*

Dated: April 4, 2019

HKM EMPLOYMENT ATTORNEYS LLP


By: /s/ Marta Kurshumova
    Jenny L. Foley (#9017)
    Marta D. Kurshumova (#14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email: jfoley@hkm.com
Email: mkurshumova@hkm.com

*Attorneys For Plaintiff*
*Marc Dillon*

## ORDER

**IT IS SO ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for

Plaintiff to respond to Defendant's Motion to Partially Dismiss Plaintiff's Complaint

shall be extended to April 19, 2019.



Dated: _____April 5, 2019_____, 2019


_____
UNITED STATES DISTRICT JUDGE