1  DANA L. HOWELL, ESQ., Bar # 11607
   MGM RESORTS INTERNATIONAL
2  6385 S. RAINBOW BLVD, SUITE 500
   Las Vegas, NV  89118
3  Telephone:    702.692.1937
   Email:         dhowell@mgmresorts.com
4
   Attorney for Defendant
5
                **UNITED STATES DISTRICT COURT**
6
                       **DISTRICT OF NEVADA**
7

8  MARC DILLON, an individual            Case No.: 2:19-cv-00391-JCM-CWH

9              Plaintiff,

10 vs.

11 MANDALAY BAY, LLC, a domestic         **STIPULATION AND ORDER FOR**
   limited liability company, d/b/a      **EXTENSION OF TIME FOR DEFENDANT**
12 MANDALAY BAY RESORT AND               **TO RESPOND TO PLAINTIFF'S**
   CASINO; DOES I-X; and ROE.            **OPPOSITION TO DEFENDANT'S**
                                         **MOTION TO PARTIALLY DISMISS**
13             Defendant(s).             **PLAINTIFF'S COMPLAINT**

14

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 attorneys that Defendant Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino ("Defendant" or

18 "Mandalay") may have additional time within which to submit Defendant's Response to Plaintiff's

19 Opposition to Defendant's Motion to Partially Dismiss Plaintiff's Complaint which is currently due on

20 April 26, 2019. The parties agree to an extension of two (2) weeks, up to and including Friday, May

21 10, 2019.

22         This is the first stipulation for an extension of time to file Defendant's Response to Plaintiff's

23 Opposition to Defendant's Motion to Partially Dismiss Plaintiff's Complaint. This Stipulation is made

24 in good faith and not for purposes of delay.

25 / / /

26 / / /

27 / / /

28 / / /

Dated: April 26, 2019

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **MANDALAY BAY, LLC d/b/a MANDALAY BAY RESORT & CASINO** |
| By: */s/ Marta Kurshumova* | By: */s/ Dana L. Howell* |
| Jenny L. Foley (#9017)<br>Marta D. Kurshumova (#14728)<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893<br>Facsimile: (702) 625-3895<br>Email: jfoley@hkm.com<br>Email: mkurshumova@hkm.com<br><br>*Attorneys For Plaintiff*<br>*Marc Dillon* | DANA L. HOWELL, ESQ., Bar # 11607<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-1284<br>Email: dhowell@mgmresorts.com<br><br>*Attorney for Defendant*<br>*Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino* |

## **ORDER**

**IT IS SO ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for Defendant to respond to Plaintiff's Opposition to Defendant's Motion to Partially Dismiss Plaintiff's Complaint shall be extended to May 10, 2019.

Dated: April 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

2.