DANA L. HOWELL, ESQ., Bar # 11607
MGM RESORTS INTERNATIONAL
6385 S. RAINBOW BLVD, SUITE 500
Las Vegas, NV 89118
Telephone: 702.692.1937
Email: dhowell@mgmresorts.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARC DILLON, an individual

    Plaintiff,

vs.

MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I-X; and ROE.

    Defendant(s).

Case No.: 2:19-cv-00391-JCM-CWH

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

/ / /

/ / /

/ / /

Plaintiff Marc Dillon ("Plaintiff") and Defendant Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino ("Defendant" or "Mandalay"), by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statue, or law, whether local, state, or federal.

Dated: July 11, 2019

| HKM EMPLOYMENT ATTORNEYS LLP | MANDALAY BAY, LLC d/b/a MANDALAY BAY RESORT & CASINO |
|---|---|
| By: */s/ Marta Kurshumova* | By: */s/ Dana L. Howell* |
| Jenny L. Foley (#9017)<br>Marta D. Kurshumova (#14728)<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893<br>Facsimile: (702) 625-3895<br>Email: jfoley@hkm.com<br>Email: mkurshumova@hkm.com<br><br>*Attorneys For Plaintiff*<br>*Marc Dillon* | DANA L. HOWELL, ESQ., Bar # 11607<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-1284<br>Email: dhowell@mgmresorts.com<br><br>*Attorney for Defendant*<br>*Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino* |

**IT IS SO ORDERED**

Dated: July 12, 2019, 2019

UNITED STATES DISTRICT JUDGE

2.